## Case No. 14,535.

### UNITED STATES v. BASCADORE.

[2 Cranch. C. C. 25.] [1]

Circuit Court, District of Columbia.    July
Term, 1811.

#### CHEATING AT CARDS—FINE AND IMPRISONMENT.

Indictment for cheating at cards.    Verdict, guilty.    The jury assessed the fine at five times the value of the loss, viz., 37½ dollars.

THE COURT added six months' imprisonment, under the acts of assembly of Virginia of December 8, 1792, § 9, and of December 1, 1789, § 2, pp. 47, 176.

---

## Case No. 14,536.

### UNITED STATES v. BASCADORE.

[2 Cranch, C. C. 30.] [1]

Circuit Court, District of Columbia.    Nov.
Term, 1811.

#### CRIMINAL LAW—EVIDENCE—CONFESSION.

The confession of a prisoner, taken upon oath, cannot be used against him upon his trial.

Indictment for burglary.

The attorney for the United States, offered to prove by Mr. Faw, a justice of the peace, that the prisoner sent for him to come to the gaol, where the prisoner confessed the fact and named his associates.    This confession was taken upon oath, as it charged the accomplices.

THE COURT, (nem. con.) upon the authority of McNally, p. 47, rule 12, rejected the testimony, no goods having been found in consequence of the confession.    The statute of Phillip and Mary does not say whether the confession should be upon oath or not.    From the silence of the act in that respect the judges have drawn the inference that the confession is not to be upon oath; and it is said that policy forbids the using of such declarations against the prisoner.

---

## Case No. 14,537.

### UNITED STATES v. BASS.

[Brunner, Col. Cas. 418; [2] 4 City H. Rec. 161.]

Circuit Court, D. New York.    1819.

#### PIRACY—FOREIGN COMMISSION AS A DEFENSE.

It is a sufficient defense to an indictment for piracy that the defendant, an American citizen, show a commission from a foreign government, though issued in blank, and afterwards filled up by the person intrusted with it.

The prisoner was indicted under the eighth section of the act of congress, passed in 1790 (1 Gord. Dig. p. 62 [1 Stat. 113]), for that he, being a citizen of the United States, to wit, of Richmond, in the state of Virginia, on the 15th day of June, 1818, with force and arms, upon the high seas, to wit, off the Peak of Pico, out of the jurisdiction of any particular state, then being on board a certain schooner or vessel then belonging

---

1 [Reported by Hon. William Cranch, Chief Judge.]

2 [Reported by Albert Brunner, Esq., and here reprinted by permission.]

and appertaining to a certain citizen or citizens of the United States to the jurors unknown, did piratically and feloniously set upon, attack, board, break, and enter a certain merchant ship or vessel called the San Joao Baptista, a ship of certain persons to the jurors unknown, and did assault certain mariners, whose names are to the jurors unknown, and did put them in corporal fear and danger of their lives, and the said vessel, her tackle, apparel, and funiture, of the value of twenty thousand dollars, a quantity of sugar in boxes, of the value of twenty thousand dollars, and a quantity of coffee in bags, of the value of one thousand dollars, being on board said vessel, the goods and chattels of persons unknown, in the care and possession of said mariners, did piratically and feloniously steal, take, and carry away, against the peace, etc., and contrary to the form of the statute.

Mr. Tillotson, Dist. Atty., and Hoffman, Bunner, and Stoughton, for the United States.

D. B. Ogden and J. K. Scott, for prisoner.

Mr. Tillotson opened the case on behalf of the United States.

Joseph Smith, a witness on behalf of the prosecution testified, that in the month of April, 1818, he was at the five islands in the West Indies, which islands are dependent on St. Bartholomews.    The witness, in the capacity of a clerk, was on board a vessel called the Republicana, commanded by Captain Chase; and a schooner under American colors, then without a name, commanded by the prisoner, arrived there, and after lying there a few days, the prisoner came in company with Captain Mason on board the Republicana, and Mason applied to Captain Chase for a copy of the commission of Artegas, under which the Republicana sailed.    By the direction of Chase the witness made a copy of the commission, and signed it with the name of Artegas, but did not affix a seal like that on the original.    This copy was delivered by Captain Chase to Mason, and an agreement was then made between them, but not in presence of the prisoner, that Mason should allow Chase ten per cent on all captures which might be made.    The witness sailed from the five islands in the Republicana to St. Barts; and, in the month of October or November following, saw the prisoner there, who came as a passenger in the American brig Edward from Baltimore.    The witness having heard from Captain Chase and Captain Clement Catherel, who, on the decease of Chase, took command of the Republicana, that the prisoner had refused to pay the ten per cent, had a conversation with him on the subject, when he did not deny the agreement, but said that Captain Mason would not pay the ten per cent, and that it was all privateering.    The prisoner admitted to the witness that he commanded the Constantia, that he had been on a cruise two months,